UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN GRANGER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:16-cv-04736 |
| | : | |
| JAY HOBERG, *Individual*, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

And now, this 12th day of October, 2016, for the reasons stated in the accompanying Memorandum Opinion issued this day, **IT IS ORDERED** as follows:

1. The Motion to Dismiss Plaintiff's Complaint Filed on behalf of Defendant, the Honorable Jay Hoberg, ECF No. 2, is **GRANTED**.

2. Plaintiff's Complaint is **DISMISSED** with prejudice.

3. The Clerk of Court is directed to close this case.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge